# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, J.A. FISCHER, A.C. RUGH**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ANDREW J. ATTERBURY**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201500376**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 2 September 2015.
**Military Judge**: Maj M.D. Libretto, USMC.
**Convening Authority**: Commanding General, 2d MAW, II Marine
Expeditionary Force, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: Col J.J. Murphy,
USMC.
**For Appellant**: CAPT Bree Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**21 January 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority.  Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).


For the Court





R.H. TROIDL
Clerk of Court